# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTI KUMAR,<br><br>        Petitioner,<br><br>      v.<br><br>WARDEN, Desert View Annex,<br>TODD LYONS, Acting Director of Immigration and Customs Enforcement,<br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, and<br>PAMELA BONDI, Attorney General of the United States,<br><br>        Respondents. | Case No. 5:26-cv-00709-JWH-JDE<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus[1] filed by Petitioner Monti Kumar, the Court's Orders granting a Temporary Restraining Order and a Preliminary Injunction,[2] Respondents' Answer to Petition,[3] and the Report and Recommendation of the United States Magistrate Judge.[4]  As no party filed a timely objection to the Report, the Court hereby **ORDERS** as follows:

1. The findings and recommendations of the Magistrate Judge are **ACCEPTED**.

2. Judgment shall be entered **DISMISSING** the Petition **without prejudice as moot**.

**IT IS SO ORDERED.**

Dated: April 9, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1] Pet. for Writ of Habeas Corpus (the "Petition") [ECF No. 1].

[2] Ord. Granting Pet.'s *Ex Parte* Appl. for TRO [ECF No. 10]; Ord. Granting Prelim. Inj. [ECF No. 15].

[3] Ans. [ECF No. 16].

[4] Report and Recommendation (the "Report") [ECF No. 18].