JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTI KUMAR, | Case No. 5:26-cv-00709-JWH-JDE |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN, Desert View Annex, TODD LYONS, Acting Director of Immigration and Customs Enforcement, KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, and PAMELA BONDI, Attorney General of the United States, | |
| Respondents. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge entered substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated:____April 9, 2026_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-